RECEIVED
IN LAKE CHARLES, LA

MAR 24 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SWANY D. DAVENPORT | : | DOCKET NO. 2:06-cv-0018 |
| VS. | : | JUDGE MINALDI |
| J. P. YOUNG, WARDEN, ET AL. | : | MAGISTRATE JUDGE WILSON |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 be DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE